**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LEE A. RUFFIN**                                                                          **CIVIL ACTION**

**VERSUS**                                                                                     **NO. 19-10378**

**JERRY LARPENTER, SHERIFF OF**                                    **SECTION: "I"(3)**
**TERREBONNE PARISH, ET AL.**


**O R D E R**

     The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

     **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as

frivolous and/or for failing to state a claim on which relief may be granted.

     New Orleans, Louisiana, this 19th day of June, 2019.


**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**